IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY EUGENE EGGERS, JR.,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3440

Opinion filed September 4, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Tony Eugene Eggers, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied as premature.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.